IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Christopher Peters, | ) | C/A No.: 0:16-1906-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Elements Electronics, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Christopher Peters ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action against Elements Electronics alleging wrongful termination. On June 15, 2016, the court ordered Plaintiff to provide the service documents necessary to advance his case, to complete and sign the enclosed Pro Se Party's Answers to Rule 26.01 Interrogatories, and to write a short and plain statement of his claim. [ECF No. 6]. Plaintiff was warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* Plaintiff did not file a response. The court filed a second order on July 15, 2016, and ordered Plaintiff to provide the service documents necessary to advance his case, to complete and sign the enclosed Pro Se Party's Answers to Rule 26.01 Interrogatories, and to write a short and plain statement of his claim. [ECF No. 10]. Plaintiff was again warned that the failure to provide the necessary information within a specific time period would subject the case to dismissal. *Id.* The time for response expired on August 8, 2016, and Plaintiff did not file a response. As Plaintiff has failed to prosecute this case and has failed to comply with an order of this Court, the case is

1

dismissed *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure.

*See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

    IT IS SO ORDERED.

August 23, 2016                                  Joseph F. Anderson, Jr.
Columbia, South Carolina                 United States District Judge