AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Christopher Peters,  ) | |
| *Plaintiff*  ) | |
| v.  ) | Civil Action No. 0:16-cv-01906-JFA-SVH |
| Elements Electronics,  ) | |
| *Defendants*  ) | |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ the plaintiff, Christopher Peters, shall take nothing of the defendant, Elements Electronics, and this action is dismissed without prejudice.

This action was *(check one)*:
❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Joseph F. Anderson, Jr., Senior United States District Judge, presiding, dismissing the action without prejudice for failure to prosecute pursuant to Rule 41(b).

Date:   August 23, 2016                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/M. Walker
                                                                        *Signature of Clerk or Deputy Clerk*